```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| DENNIS CAGLIA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF MONTGOMERY | : | NO. 17-5166 |

## JUDGMENT

AND NOW, this 18th day of December 2018, in accordance with the answers of the jury to special interrogatories and in accordance with the court's findings of fact, it is hereby ORDERED that judgment is entered in favor of plaintiff Dennis Caglia and against defendant County of Montgomery:

(1) in the amount of $160,000 in damages for emotional distress, $31,290 in back pay, $1,877 in back pay prejudgment interest, and $31,290 in liquidated damages, for total damages of $224,457;

(2) requiring reinstatement of plaintiff to the County of Montgomery employee benefit program as of January 1, 2019; and

(3) requiring plaintiff's years of service, for pension purposes, to reflect no gap in county employment during 2017 and 2018.

BY THE COURT:

_____
Harvey Bartle III                    J.